IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAN CURTIS JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on this 14th day of August, 2006, on oral motion of the defendant to amend his conditions of supervised release. Hearing was held telephonically; AUSA Kim Bunjer appeared on behalf of the government, Attorney Chuck Hawkins appeared on behalf of the defendant, and the defendant's probation officer USPO Craig Matson participated.

The court is informed that the defendant has a business opportunity in the restaurant industry which requires him to posses or administer alcohol. However, his terms of supervised release prohibit this conduct (Paragraph #1 of the Special Conditions of Supervision). The parties agree that defendant has had no problems during his supervision. They also agree that his primary addiction has been to marijuana, not alcohol. The defendant requests that Paragraph #1 of the Special Conditions of supervision be deleted. The government does not object.

The court finds that the provision of Paragraph #7 of the Standard Conditions of Supervision is adequate for the defendant, and that in view of the defendant's past compliance with the terms of supervision, that Paragraph #1 of the Special Conditions of release should be eliminated.

IT IS THEREFORE ORDERED that the requirements of Paragraph #1 of the Special Conditions of Supervision are eliminated and that the provisions of Paragraph #7 of the

Standard Conditions of Supervision shall be effective without amendment.  The defendant shall refrain from the excessive use of alcohol as outlined in the Standard Conditions of Supervision.

DATED this 15th day of August, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge